### 20151. LAMB *v.* MEDLOCK *et al.*

BLOODWORTH, J. The petition as amended does not set out a cause of action against either of the defendants, and was properly dismissed on general demurrer.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 5, 1930.

276

*T. N. Brown*, for plaintiff.
*A. S. Bradley, Price & Spivey, A. S. Bradley, Jr.*, for defendants.